# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.:    13-31943 |
| **DESIGNLINE CORPORATION** ) | Chapter 11 |
| *aka* **DesignLine International Holdings,** ) | |
| **LLC, aka DesignLine International** ) | |
| **Corporation,** *aka* **DesignLine Corporation,** ) | |
| *aka* **Jasper Merger Sub Inc.,** *aka* **Jasper** ) | |
| **Ventures, Inc.** ) | |
| ) | **Jointly Administered**[1] |
| **TAX ID #:    27-1263294** ) | |
| ) | |
| **Debtor(s)** ) | |

## *EX PARTE* MOTION TO ALLOW THE CREDITORS' COMMITTEE TO ACT PENDING POTENTIAL REORGANIZATION AND RECOMMENDATION OF ORDER APPOINTING CREDITORS' COMMITTEE

The undersigned, United States Bankruptcy Administrator for the Western District of North Carolina, moves the Court, *ex parte*, to allow the Committee of Unsecured Creditors as constituted by the United States Trustee to continue to act until such time as solicitation can be accomplished and a recommended order for the appointment of a committee of unsecured creditors submitted and says:

1. These jointly administered Chapter 11 Debtors filed voluntary petitions in the District of Delaware on August 15, 2013. On August 27, 2013, the United States Trustee filed a Notice of Appointment of Creditors' Committee. On September 9, 2013, these cases were transferred to the Western District of North Carolina.

2. Congress authorized United States Trustees in all jurisdictions except in North Carolina and Alabama. In North Carolina and Alabama, United States Bankruptcy Administrators are appointed by their respective courts of appeals to perform similar functions. However, the authority to appoint a Committee of Unsecured Creditors remains a court function in Bankruptcy Administrator districts. The court in this district looks to the Bankruptcy Administrator for a recommended order appointing a creditors' committee.

3. The undersigned contacted the United States Trustee's Office in the District of Delaware, inquiring whether that office would share the solicitation process, completed questionnaires and information regarding the selection of the United States Trustee's appointed committee. That request was declined pursuant to the email from Patrick Tinker, Assistant U.S. Trustee to Linda W. Simpson, U.S. Bankruptcy Administrator,

---

[1] The United States Bankruptcy Court for the District of Delaware ordered joint administration of this case with DesignLine USA, LLC (#13-31944,WDNC), on August 29, 2013.

attached hereto and incorporated by reference as Exhibit A.  Without the information requested, the undersigned is unable to recommend the currently constituted creditors' committee to the Court and is in the process of soliciting creditors willing to serve on a committee of unsecured creditors.

Wherefore, the undersigned requests that the Court allow the committee of creditors constituted by the United States Trustee to act until such time as the Court makes a final determination as to the membership of the committee of unsecured creditors.

Dated:  September 11, 2013.

/s/  Linda W. Simpson
Linda W. Simpson
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC 28202-1669
N.C. Bar #12596
Tel: 704-350-7590   Fax: 704-344-6666
Linda_Simpson@ncwba.uscourts.gov

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                              )
                                                    )  Case No.:    13-31943
**DESIGNLINE CORPORATION, *ET. AL.* **  )  Chapter 11
                                                    )  Jointly Administered
                                                    )
_____Debtor(s)_____)

**CERTIFICATE OF SERVICE**

The undersigned certifies that the pleading(s) or paper(s) to which this Certificate is affixed was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service and/or by means of the Electronic Filing System of the Bankruptcy Court on September 11, 2013.

Metrolina Steel, Inc.
2309 Nevada Boulevard
Charlotte, NC 28273

Jeffrey C. Wisler
Connolly Gallagher LLP
1000 West Street
Wilmington, DE 29810

Terri Gardner
Terri.Gardner@nelsonmullins.com
*-Served via Email*

Michael Barrie
Benesch, Friedlander, Coplan & Aronoff
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Peter Justin Haley
Nelson Mullins Riley & Scarborough LLP
One Post Office Square
30th Floor
Boston, MA 02109

Travis W. Moon
*-Served Electronically*

Richard W. Wright
*-Served Electronically*

/s/ Linda W. Simpson
Linda W. Simpson
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #12596
Telephone:  (704) 350-7587   Fax:  (704) 344-6666
Email:  Linda_Simpson@ncwba.uscourts.gov