

FILED & JUDGMENT ENTERED
Steven T. Salata

Sep  11  2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# US BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| In re: | ) |
| | )    Case No. 13-31943 (Lead Case) |
| **DesignLine Corporation** | )    Chapter 11 |
| | ) |
| **DesignLine USA, LLC** | )    Case No. 13-31944 |
| | )    Chapter 11 |
| Debtors. | ) |
| | )    Jointly Administered |
| | ) |

## ORDER

**THIS MATTER** came before the Court on the Bankruptcy Administrator's *Ex Parte* Motion to Allow the Creditors' Committee to Act Pending Potential Reorganization and Recommendation of Order Appointing Creditors' Committee, filed September 11, 2013.

Having considered the Motion, the Court **AUTHORIZES** the Creditors' Committee as appointed by the U.S. Trustee to function as the committee until such time as it can be determined whether alternations to the Committee need to be made after proper notice of hearing. At present, a reconstituted committee will not be solicited.

**SO ORDERED**.

This Order has been signed            United States Bankruptcy Court
electronically. The Judge's
signature and Court's seal
appear at the top of the Order.