UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **DESIGNLINE CORPORATION**, *et al.* ) | Case No. 13-31943 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the *Notice of Opportunity for Hearing* and the *Eighth Interim Post-Confirmation Fee Application of Moon Wright & Houston, PLLC for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Liquidating Trustee, Elaine T. Rudisill* were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case and on the parties listed on the attached via United States Mail on June 28, 2018.

Dated: Charlotte, North Carolina
       June 28, 2018

**MOON WRIGHT & HOUSTON, PLLC**

 */s/ Andrew T. Houston*
Andrew T. Houston (Bar No. 36208)
121 W. Trade Street, Suite 1950
Charlotte, North Carolina 28202
Telephone: (704) 944-6560
*Counsel for Elaine T. Rudisill, Liquidating Trustee*

MWH: 10116.004; 00018107.1

| | | |
|---|---|---|
| NC Department of Commerce<br>Division of Employment Security<br>Sharon A. Johnston, Attorney<br>Legal Services Section<br>PO Box 25903<br>Raleigh, NC  27611 | Eagle Services LTD<br>6935 Baltusrol Ln.<br>Charlotte, NC  28210 | Crompion International<br>PO Box 731459<br>Dallas, TX  75373-1459 |
| NBC<br>c/o Christine Deligiannis Ventura<br>81 Cheltenham Road<br>Dandenong VIC 3175<br>AUSTRALIA | The Punaro Group<br>Attn:  Arnold Punary<br>1313 Dolley Madison Blvd., Suite 404<br>McLean, VA  22101 | Electromotive Designs, LLC<br>120 Comac St., 2nd Floor<br>Ronkonkoma, NY  11779 |
| Progressive Hydraulics Inc.<br>PO Box 824026<br>Philadelphia, PA  19182-4026 | Metrolina Steel, Inc.<br>PO Box 602739<br>Charlotte, NC  28260-2739 | ZF Friedrichshafen AG (Transmission)<br>Alfred-Colsman Platz 1<br>88045 Friedrichshafen<br>GERMANY |
| NJT<br>One Penn Plaza East<br>Newark, NJ  07105-2246 | Ricon Corp<br>1135 Aviation Place<br>San Fernando, CA  91340-1460 | Agility Fuel Systems<br>1417A Commerce Blvd.<br>Anniston, AL  36207 |
| Cameron Harris<br>c/o Harris Land Company<br>6400 Fairview Road<br>Charlotte, NC  28210 | Thermo King corporation<br>15816 Collections Dr.<br>Chicago, IL  60693 | Global Harness Systems, Inc.<br>3304 Danley Road<br>Philadelphia, PA  19154-1410 |
| Carnes-Miller Gear<br>Attn:  Daniel M. Tweed, Jr.<br>PO Box 268<br>Locust, NC  28907 | TriMark<br>Attn:  Jeff Henn<br>500 Bailey Avenue<br>PO Box 350<br>New Hampton, IA  50659 | Engineered Machined Products, Inc.<br>3393 Solutions Ctr<br>Chicago, IL  60677-3003 |
| SMI<br>10200 Pineville Road<br>Pineville, NC  28103 | Action Bolt & Supply, Inc.<br>1623 Cedar Line Dr<br>Rock Hill, SC  29730 | Katie Goodman<br>GGG Partners, LLC<br>3155 Roswell Rd NE, Suite 120<br>Atlanta, GA  30305 |
| Dr. Robert L. Seymour<br>4007 Winterberry Place<br>Charlotte, NC  28210 | Stein and Stein, Attorneys at Law, PC<br>Attn: Melvyn I. Stein<br>666 Old Country Road, Suite 555<br>Garden City, NY  11530 | Edward B. Davis<br>Bell, Davis & Pitt, PA<br>227 W. Trade Street, Suite 1800<br>Charlotte, NC  28202 |
| David Anderson Carmen<br>Michael D. Phillips<br>Bell, Davis & Pitt, P.A.<br>PO Box 21029<br>Winston-Salem, NC  27120-1029 | David M. Grogan<br>Shumaker Loop & Kendrick, LLP<br>101 S. Tryon Street, Suite 2200<br>Charlotte, NC  28280-0027 | Cynthia L. Van Horne<br>Poyner & Spruill, LLP<br>One Wachovia Center<br>301 S. College Street, Suite 2300<br>Charlotte, NC  28202 |

MWH: 10116.004; 00018107.1

Craig Goldblatt
Jonathan Seymour
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Avenue, NW
Washington, DC  20006

Princess Cathcart & Frank Thompson
c/o Charles Ercole
Klehr Harrison Harvey Branzburg
1835 Market Street, Suite 1400
Philadelphia, PA  19103

MWH: 10116.004; 00018107.1