# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DESIGNLINE CORPORATION, et al. ) | CASE NO.: 13-31943 |
| ) | CHAPTER 11 |
| ) | (Jointly Administered) |
| Debtors. ) | |

## JOINT NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF ACTION INDUSTRIAL GROUP

Notice is hereby given, pursuant to Local Rule 2091-1(d), that Mark A. Pinkston of Van Winkle, Buck, Wall, Starnes and Davis, P.A. shall be substituted as counsel for Action Industrial Group in this bankruptcy case in place of Robert Ashley Mays formerly of Van Winkle, Buck, Wall, Starnes and Davis, P.A.

Dated: March 12, 2019

> VAN WINKLE, BUCK, WALL, STARNES
> AND DAVIS, P.A.
>
> BY:*/S/ MARK A. PINKSTON*
> Mark A. Pinkston
> N.C. Bar No.: 16789
> ***Attorneys for Creditor***
> ***Action Industrial Group***
> 11 North Market Street
> P.O. Box 7376
> Asheville, NC 28802
> (828) 258-2991
> (828) 257-2767 Fax
> mpinkston@vwlawfirm.com

1

THE MAYS LAW FIRM

By:  */S/ROBERT ASHLEY MAYS*
Robert Ashley May
The Mays Law Firm
21 Battery Park Ave., Suite 201
Asheville, NC 28801
(828) 230-0112
rob@mayslawfirmnc.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing Notice of Substitution of Counsel in the above-entitled action upon all other parties to this cause by depositing a copy hereof in a postpaid wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service, addressed as follows or as electronically filed:

**Debtor**                                      *Served by U.S. Mail*

DesignLine Corporation
2309 Nevada Boulevard
Charlotte, NC 28273

**Attorneys for Debtor**                        *Served Electronically*

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Terri L. Gardner
Nelson Mullins Riley & Scarborough LLP
4140 Parklake Avenue
Suite 200
Raleigh, NC 27612

Peter Justin Haley
Nelson Mullins Riley & Scarborough LLP
One Post Office Square
30th Floor
Boston, MA 02109

Michael Joseph Merchant
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Amanda R. Steele
Richards, Layton and Finger
920 N. King Street
Wilmington, DE 19801

**Prior Legal Counsel for Action Industrial Group**     *Served Electronically*

Robert Ashley Mays
The Mays Law Firm
21 Battery Park Ave., Suite 201
Asheville, NC 28801

**Trustee**     *Served Electronically*

Elaine Rudisill
The Finley Group
6100 Fairview Rd.
Suite 1220
Charlotte, NC 28210

**All Other Parties Requesting Notice**     *Served Electronically*

THIS the 12th day of March, 2019

*S/MARK A. PINKSTON*
Mark A. Pinkston

4844-4315-9177, v. 1